James A. McDevitt
United States Attorney
Eastern District of Washington
K. Jill Bolton
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 24 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PAUL F. KEMPF,
ANITA M. GUST,

Defendants.

**CR-10-6026-RHW**

INDICTMENT

Vio: 18 U.S.C. §§ 371, 1343 and 2 Conspiracy to Commit Wire Fraud (Count 1)

18 U.S.C. §§ 1343 and 2 Wire Fraud (Counts 2-7)

Notice of Forfeiture Allegations

The Grand Jury Charges:

<u>THE DEFENDANTS AND THEIR BUSINESSES</u>

At all times material to the Indictment:

1. Defendant PAUL F. KEMPF was employed by government contractors Fluor Hanford (FH) and, later, CH2M Hill Hanford Group (CHG) as the Operations Manager for the 222S Laboratory at the U.S. Department of Energy (DOE) Hanford Site.

2. FH and then CHG both issued credit cards (known as purchase cards or P-cards), to PAUL F. KEMPF to facilitate the purchase of laboratory supplies needed for operations at the 222S Laboratory.

INDICTMENT - 1
P100318jb.JBA.wpd

3. FH and CHG purchase cards were issued by JP Morgan Chase bank which established a credit purchase procedure with FH and CHG whereby the bank would draw down by draft or electronic funds transfer (EFT) from a line of credit that the U.S. Treasury had established with U.S. Bank for DOE expenses. JP Morgan Chase used wire communications to draw from the DOE's U.S. Bank line of credit once a month to reimburse the purchase card expenses FH and CHG accumulated each month.

4. Defendant ANITA M. GUST owned and operated a company known as AMG Marketing (AMG) based in her home located in West Richland, Washington.

5. Defendants PAUL F. KEMPF and ANITA M. GUST were married and/or resided together in the same home from which ANITA M. GUST operated AMG Marketing in West Richland, Washington.

6. Between September 1, 2000, and September 30, 2005, AMG was designated by FH and CHG as an authorized vendor of laboratory supplies to the 222S Hanford Laboratory and AMG did provide some laboratory supplies to the 222S Hanford Laboratory during this time period.

7. From on or about September 1, 2000, and continuing to on or about September 30, 2005, defendant PAUL F. KEMPF caused FH and CHG to make approximately 155 purchase card transactions with ANITA M. GUST under the guise of laboratory supply purchases from AMG and totaling approximately $487,000.

## THE SCHEME TO DEFRAUD

8. Beginning on a date unknown to the Grand Jury, but not later than on or about September 1, 2000, and continuing until on or about September 30, 2005, in the Eastern District of Washington and elsewhere, PAUL F. KEMPF and

INDICTMENT - 2
P100318jb.JBA.wpd

ANITA M. GUST, and other persons unknown to the Grand Jury, devised and intended to devise a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses and representations involving purported sales of laboratory products by AMG Marketing to the DOE's 222S Laboratory through the fraudulent use of the purchase card of PAUL F. KEMPF issued to him as an employee of FH and CHG.

9. It was further a part of the scheme and artifice to defraud that PAUL F. KEMPF and ANITA M. GUST used the purchase card provided to PAUL F. KEMPF as an employee of FH and CHG to embezzle funds, approximately $487,000, from his employers' lines of credit with the DOE and deposit those embezzled funds in the Defendants' personal accounts and the AMG business accounts to pay personal debts and for other personal pecuniary gain.

10. It was further a part of the scheme and artifice to defraud that PAUL F. KEMPF and ANITA M. GUST attempted to conceal and disguise their scheme to embezzle by creating fraudulent invoices to make it appear as if FH and CHG actually received laboratory supplies from AMG, when, in fact, no such supplies were delivered.

## COUNT 1
### 18 U.S.C. § 371
### Conspiracy to Commit Wire Fraud

11. Paragraphs 1 through 10 are incorporated into Count One by this reference. From on or about September 1, 2000, and continuing until on or about September 30, 2005, in the Eastern District of Washington and elsewhere, the Defendants, PAUL F. KEMPF and ANITA M. GUST, and other persons unknown

INDICTMENT - 3
P100318jb.JBA.wpd

to the grand jury, did knowingly and willfully conspire together and with each other to commit Wire Fraud against the United States, in violation of 18 U.S.C. § 1343.

    12.    It was part of the conspiracy that the Defendants, PAUL F. KEMPF and ANITA M. GUST, communicated in person to devise a scheme in which the interstate wires were used to defraud the United States in order to obtain money (approximately $487,000) from its agency, the DOE, through means of materially false and fraudulent representations, omissions, pretenses and promises concerning AMG's purported sales to the DOE prime contractors operating the 222S Laboratory.

    13.    It was part of the scheme and artifice to defraud that PAUL F. KEMPF and ANITA M. GUST obtained money by making materially false and fraudulent representations concerning AMG's purported sales of supplies to FH and CHG, knowing that the funds would not be used in a manner consistent with the representations and promises they made, but instead for personal indebtedness and for personal gain.

    14.    In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Eastern District of Washington and elsewhere:

    A.  During the period beginning on or about September 1, 2000, and continuing up through on or about September 30, 2005, using his government funded P-card, PAUL F. KEMPF caused 155 fraudulent transactions to be made with AMG and ANITA M. GUST totaling approximately $487,000.

    B.  During the period beginning on or about September 1, 2000, and continuing up through on or about September 30, 2005, PAUL F.

INDICTMENT - 4
P100318jb.JBA.wpd

KEMPF listed approximately 600 false AMG purchase descriptions in FH's and later CHG's purchase card electronic system.

C.  On or about September 8, 2003, when CHG replaced FH as the prime contractor with DOE responsible for the 222S laboratory, PAUL F. KEMPF submitted a request to his purchase card approving official for a new purchase card in order continue the scheme with ANITA M. GUST and AMG.

D.  On or about March 15, 2005, PAUL F. KEMPF and ANITA M. GUST caused a $2,500 check (#2069) to be drawn on AMG's U.S. Bank account to pay Pro Tech Auto Inc., for the restoration of PAUL F. KEMPF's 1966 Nova automobile.

E.  On or about March 25, 2005, PAUL F. KEMPF used his CHG issued P-card to transfer $4,030.70 from CHG's line of credit with the DOE to AMG's U.S. Bank account #X-XXX-XXXX-6305.

F.  On or about March 29, 2005, PAUL F. KEMPF and ANITA M. GUST caused another $2,500 check ( #2075) to be drawn on AMG's U.S. Bank account to pay Pro Tech Auto Inc., for the restoration of PAUL F. KEMPF 's 1966 Nova automobile.

G.  On or about April 5, 2005, PAUL F. KEMPF used his CHG issued P-card to transfer $4,998 from CHG's line of credit with the DOE to AMG's U.S. Bank account #X-XXX-XXXX-6305.

H.  On or about April 13, 2005, PAUL F. KEMPF and ANITA M. GUST caused another $2,500 check (#2080) to be drawn on AMG's U.S. Bank account to pay Pro Tech Auto Inc., for the restoration of PAUL F. KEMPF 's 1966 Nova automobile.

INDICTMENT - 5
P100318jb.JBA.wpd

I. On or about April 22, 2005, PAUL F. KEMPF used his CHG issued P-card to transfer $4,530 from CHG's line of credit with the DOE to AMG's U.S. Bank account #X-XXX-XXXX-6305.

J. On or about April 26, 2005, PAUL F. KEMPF and ANITA M. GUST caused another $2,500 check (#2087) to be drawn on AMG's US Bank account to pay Pro Tech Auto Inc., for the restoration of PAUL F. KEMPF's 1966 Nova automobile.

K. On or about May 18, 2005, PAUL F. KEMPF used his CHG issued P-card to transfer $3,910.10 from CHG's line of credit with the DOE to AMG's U.S. Bank account #X-XXX-XXXX-6305.

L. On or about May 31, 2005, PAUL F. KEMPF used his CHG issued P-card to transfer $3,789 from CHG's line of credit with the DOE to AMG's U.S. Bank account #X-XXX-XXXX-6305.

M. On or about June 30, 2005, PAUL F. KEMPF used his CHG issued P-card to transfer $5,679.65 from CHG's line of credit with the DOE to AMG's U.S. Bank account #X-XXX-XXXX-6305.

N. On or about September 20, 2005, PAUL F. KEMPF and ANITA M. GUST, caused a $2,899.53 check (#2145) to be drawn on AMG's U.S. Bank account to pay Pro Tech Inc., for the restoration of PAUL F. KEMPF's 1966 Nova automobile.

All in violation of Title 18 U.S.C. § 371.

## COUNTS 2-7
### 18 U.S.C §§ 1343 and 2
### Wire Fraud

15. Paragraphs 1 through 10 are incorporated into Counts 2 through 7 by this reference.

INDICTMENT - 6
P100318jb.JBA.wpd

16.  On or about each of the dates referenced below, within the Eastern District of Washington, the Defendants, PAUL F. KEMPF and ANITA M. GUST, for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money by means of materially false and fraudulent representations, omissions, pretenses and promises, did transmit and cause to be transmitted, certain writings, signs, signals, and sounds in interstate commerce, as specified, by means of a wire communication, and did aid and abet the scheme and transmissions as follows:

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| 2 | 6/30/2005 | $5,679.65 Credit card transaction from Paul Kempf's CHG issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-7137 to AMG's U.S. Bank account # X-XXX-XXXX-6305 |
| 3 | 5/31/2005 | $3,789 Credit card transaction from Paul Kempf's CHG issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-7137 to AMG's U.S. Bank account # X-XXX-XXXX-6305 |
| 4 | 5/18/2005 | $3,910.10 Credit card transaction from Paul Kempf's CHG issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-7137 to AMG's U.S. Bank account # X-XXX-XXXX-6305 |
| 5 | 4/22/2005 | $4,530 Credit card transaction from Paul Kempf's CHG issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-7137 to AMG's U.S. Bank account # X-XXX-XXXX-6305 |
| 6 | 4/5/2005 | $4,998 Credit card transaction from Paul Kempf's CHG issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-7137 to AMG's U.S. Bank account # X-XXX-XXXX-6305 |
| 7 | 3/25/2005 | $4,030.70 Credit card transaction from Paul Kempf's CHG issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-7137 to AMG's U.S. Bank account # X-XXX-XXXX-6305 |

All in violation of 18 U.S.C. §§ 1343 and 2.

## Notice of Criminal Forfeiture

The allegations contained in Counts 1 through 7 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(2)(C) and 28 U.S.C. § 2461.

Upon conviction of the wire fraud and conspiracy to commit wire fraud offenses, in violation of 18 U.S.C. §§ 371, 1343, and 2 alleged in Counts 1 through 7 of this Indictment, the Defendants, PAUL F. KEMPF and ANITA M. GUST, shall forfeit to the United States of America, 18 U.S.C. § 981(a)(2)(C) and 28 U.S.C. § 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to such a violation. The property to be forfeited includes, but is not limited to, the following:

i. MONEY JUDGMENT

> A sum of money equal to $487,000 in United States currency, representing the amount of proceeds obtained as a result of the wire fraud offenses.

ii. PERSONAL PROPERTY

> 1966 Chevrolet Nova with vehicle identification number 11837GR104374.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

INDICTMENT - 8
P100318jb.JBA.wpd

the United States of America shall be entitled to forfeiture of substitute property up to the value of the forfeitable property describe above, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461.

DATED this  23  day of March, 2010.

A TRUE BILL

*[signature]* for
James A. McDevitt
United States Attorney

*[signature]*
K. Jill Bolton
Assistant United States Attorney

INDICTMENT - 9
P100318jb.JBA.wpd