Alex B. Hernandez, III
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE ROBERT H. WHALEY)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR-10-6026-RHW-1 |
| vs. | ) NOTICE OF APPEARANCE |
| PAUL F. KEMPF, | ) |
| Defendant. | ) |

TO: JAMES McDEVITT, UNITED STATES ATTORNEY
K. JILL BOLTON, ASSISTANT UNITED STATES ATTORNEY

Please take notice that Alex B. Hernandez, III, of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

//

//

//

//

//

NOTICE OF APPEARANCE

1

1 | Dated: April 7, 2010.
  |                                               Respectfully Submitted,

s/ Alex B. Hernandez, III
Alex B. Hernandez, III, 21807
Attorney for PAUL F. KEMPF
Federal Defenders of
Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
Telephone: (509) 248-8920
Fax: (509) 248-9118
Email: Ben_Hernandez@fd.org

NOTICE OF APPEARANCE

2

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: K. JILL BOLTON, Assistant United States Attorney, and I hereby certify that I have delivered via United States District Court the document to the following non-CM/ECF participants: United States Probation Office.

<u>s/ Alex B. Hernandez, III</u>
Alex B. Hernandez, III, 21807
Attorneys for PAUL F. KEMPF
Federal Defenders of
Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
Telephone: (509) 248-8920
Fax: (509) 248-9118
Email: Ben_Hernandez@fd.org