◈ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 23 2010

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.            Paul Kempf            Docket No.            2:10CR06026-001-RHW

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Paul F. Kempf who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, WA, on the 7th day of April 2010, under the following conditions:

Standard Condition No. 5: Defendant shall not possess a firearm, destructive device, or other dangerous weapons.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: Paul F. Kempf is considered in violation of his pretrial supervision in the Eastern District of Washington by being in possession of a O.F. Mossburg & Sons 20 gage shotgun, model number 185d, 96 16 gage shotgun shells, 81 21 gage shotgun shells, 11 12 gage shotgun shells, shot shells primers, a bottle 1/3 full of shot, a box full of 9 mm casings, and a recurve bow on or about April 16, 2010.
PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    4/23/2010

by    s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[x]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

4/23/10
Date