UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CR-10-6026-RHW |
| vs. | ) ) | |
| PAUL F. KEMPF, | ) ) | Final Order of Forfeiture |
| Defendant. | ) ) | |

WHEREAS, on November 9, 2011, the Court entered an Amended Preliminary Order of Forfeiture, preliminarily forfeiting to the United States the following described assets:

Conveyances/Auto Parts

-1966 Chevrolet Nova with vehicle identification number 11837GR104374, and/or any additional vehicle identification numbers associated with the vehicle being restored by Pro-Tech Auto in Kennewick, Washington; and,

-Any additional parts Defendant purchased for the restoration of the 1966 Chevrolet Nova.

WHEREAS, Defendant PAUL F. KEMPF's interest in the assets was forfeited to the United States pursuant to the Plea Agreement and amended judgment filed herein. ECF Nos. 166 and 195.

WHEREAS Fed. R. Crim. P. 32.2 requires the resolution of all third party claims to the property in the final order of forfeiture.

Final Order of Forfeiture                    1
FoF Kempf Nova.docx

Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning March 2, 2012, through April 1, 2012. ECF No. 203, 203-1, and 203-2. At the latest, the claim period expired on May 1, 2012. To date, no claims or petitions have been received or filed.

WHEREAS, upon review, the United States discovered clerical errors in the Amended Preliminary Order of Forfeiture and has moved for the correction of the errors in the Final Order of Forfeiture, as follows:

1) the statutory authority for the forfeiture of the assets is "18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)"; and,

2) the correct VIN for the 1966 Chevrolet Nova is "11837*6N*104374", not "11837***GR***104374" (emphasis added). The Nova's correct VIN was listed in the notice published online, and there were no potential claimants requiring direct notice.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the assets described below, are hereby forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and no interest exists in any other person or entity;

Conveyances/Auto Parts

-1966 Chevrolet Nova with vehicle identification number 118376N104374, and/or any additional vehicle identification numbers associated with the vehicle being restored by Pro-Tech Auto in Kennewick, Washington; and,

-Any additional parts Defendant purchased for the restoration of the 1966 Chevrolet Nova.

IT IS ORDERED that the Motion for Forfeiture of Property, ECF No. 205 is **GRANTED**.

///

///

///

///

IT IS FURTHER ORDERED that the United States shall dispose of the assets in accordance with law.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

ORDERED this 15th day of November, 2013.


 s/Robert H. Whaley
Robert H. Whaley
Senior United States District Judge

Presented by:

Michael C. Ormsby
United States Attorney

s/James A. Goeke

James A. Goeke
Assistant United States Attorney

Final Order of Forfeiture            3
FoF Kempf Nova.docx